| UNITED STATES BANKRUPTCY COURT | TF-0014/MK |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | November 8, 2023 |
| ------------------------------------------------x | 9:00 AM |
| IN RE: | Case No. 23-22577-CGM-13 |
| ALICIA HINSON CARPENTER, | Hon. CECELIA G. MORRIS |
| Debtor. | **NOTICE OF MOTION** |
| ------------------------------------------------x | |

      PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Cecelia G. Morris, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 8th day of November, 2023 at 9:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

      **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only. No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl 48 hours before the scheduled hearing.**

      Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
       October 18, 2023

/s/ *Thomas C. Frost*
THOMAS C. FROST, CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, STE 102
WHITE PLAINS, NY 10603
(914)328-6333

|  | TF-0014/MK |
| --- | --- |
| UNITED STATES BANKRUPTCY COURT | November 8, 2023 |
| SOUTHERN DISTRICT OF NEW YORK | 09:00 AM |

-----------------------------------------x

IN RE:                                           Case No: 23-22577-CGM-13

ALICIA HINSON CARPENTER,            Hon. CECELIA G. MORRIS

                                                 **APPLICATION**

                          Debtor.

-----------------------------------------x

TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:

        THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on August 1, 2023 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. The Debtors failed to file a Chapter 13 plan on the approved SDNY model plan form, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b) and has failed to serve the Plan on the Trustee and all creditors and file the proof of service thereof as required by S.D.N.Y. LBR 3015-1(c).

3. The Debtor has failed to:

    a. file a Credit Counseling Certificate as required by 11 U.S.C. §521(b)(1);

    b. be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343;

    c. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1); and

    d. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a).

4. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

5. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

        WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
            October 18, 2023

                                                                /s/ *Thomas C. Frost*
                                                                 Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x   Case No: 23-22577-CGM-13
IN RE:

  ALICIA HINSON CARPENTER,

                                    **CERTIFICATE OF SERVICE**
                                          **BY MAIL**
                    Debtor.
------------------------------------------------------x

        This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

ALICIA HINSON CARPENTER
233 WOODWORTH AVENUE
YONKERS, NY 10701

LINDA ST. PIERRE, ESQ.
MCCALLA RAYMER LEIBERT PIERCE LLC
420 LEXINGTON AVENUE, SUITE 840
NEW YORK, NY 10170

This October 18, 2023

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO: 23-22577-CGM-13
Hon. CECELIA G. MORRIS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
IN RE:

ALICIA HINSON CARPENTER,

               Debtor.

**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**

**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**